IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TIMOTHY LOUIS HERMANN,
HERMANN FAMILY, KAREN ELAINE, JACOB,
JEWELL, JOY, BLACKBERRY COMMUNITY
FARM/BLACKBERRY HILLS FARM and
BLACKBERRY HILLS FARM TRUST,

JUDGMENT IN A CIVIL CASE

10-cv-600-wmc

Plaintiffs,

v.

DUNN COUNTY SHERIFF'S DEPARTMENT,
DENNIS P. SMITH, MICHAEL TIETZ,
MARSHALL MULTHAUF, BRAD LEACH,
RUSSELL WADDELL, IRVINGTON GARAGE,
MARVYN DOANE, BRAD DOANE and
JOHN QUILLING,

Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing plaintiffs' federal claims with prejudice, dismissing plaintiffs' state law claims without prejudice for lack of jurisdiction and dismissing all cross claims as moot.

_Peter Oppeneer_  9/28/11
Peter Oppeneer, Clerk of Court     Date